DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

LaROQUE v. LaROQUE

No. 220 PC.

Case below: 46 N.C. App. 578.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 July 1980.

LOWDER v. MILLS, INC.

No. 164 PC.

No. 67 (Fall Term).

Case below: 45 N.C. App. 348.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 15 July 1980.

McBRYDE v. FEREBEE

No. 207 PC.

Case below: 46 N.C. App. 116.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 July 1980.

NUNAN v. CHESHIRE

No. 79 PC.

Case below: 44 N.C. App. 730.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 July 1980.

PARKER v. PARKER

No. 178 PC.

Case below: 45 N.C. App. 554.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.